In the Matter of Conservatorship of Doyle Farlin.
Elizabeth M. Farlin, Petitioner-Appellee, v. Doyle
Farlin, Respondent-Appellant.

Gen. No. 9,891.

Middleton & Middleton, and Claude M.
Swanson, for appellant; Raymond H. Imig, for appellee. Opinion by
JUSTICE REYNOLDS. Not to be published in full. Opinion filed June 1,
1953; released for publication June 17, 1953.